UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TIFFANY RENEE WILLIAMS CASTILLO, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | No: 2:24-cv-01725-SK <br><br> <u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($4,600.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  12/9/2024

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE